NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10247 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-02746-DCB-GEE-1 |
| v. | |
| JESUS ORLANDO HERNANDEZ-RAMIREZ, AKA Jesus Orlando Hernandez, AKA Jesus Hernandez-Ramirez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted July 17, 2012[**]

Before:     SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Jesus Orlando Hernandez-Ramirez appeals from his guilty-plea conviction

and 51-month sentence for attempted illegal reentry by a previously removed alien,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

in violation of 8 U.S.C. § 1326(a).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Hernandez-Ramirez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.